UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER [redacted] 06 31T

v. No. ______

George Vose
Kathleen Dennehy

MOTION TO STAY AND ABET PETITION
UNTIL STATE COURT DECIDES ISSUES
WITHIN STATE HABEAS CORPUS PETITION

Petitioner, Keith A. Werner, requests this Honorable Court stay and hold in abeyance the instant petition until the state court has rendered a decision on matters now pending before the trial court. The habeas corpus petition annexed hereto contains mixed issues. Alternatively, petitioner requests to hold in abeyance only those issues that have not been raised in the state court.

The interests of justice would be best served by the granting of this Motion.

Dated: 12-24-05

Respectfully submitted,

Keith A. Werner

Keith A. Werner
Box 100
S. Walpole, MA 02071

Certification

I hereby certify that I mailed a copy of the within Motion and the petition for habeas corpus to the office of the Attorney General, 150 S. Main St. Providence, R.I. 02903 on 12-24-05

Keith A. Werner