**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KEITH WERNER,
Plaintiff

v. CA:06-31T

GEORGE VOSE,
ASHBELL T. WALL,
Defendant

**O R D E R**

The Attorney General is hereby ordered to file his response to the Plaintiff's "Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody," on or before **MARCH 15th, 2006.**

BY ORDER

DEPUTY CLERK

ENTER:

ERNEST C. TORRES
United States Chief Judge

DATE: 2/10/06 , 2006