**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEITH WERNER** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-031T** |
| | : | |
| **ASHBEL T. WALL, Director** | : | |
| **Department of Corrections** | : | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Now comes the State of Rhode Island, Respondent in the above-captioned matter, and respectfully asks leave to exceed the page limit for attachments prescribed by Court Order 2002-01. The State submits that the attachments are necessary due to the existence of state court, and other, materials which would be helpful to the Court in consideration of the above-captioned action.

Wherefore, the State of Rhode Island respectfully asks leave to exceed the page limitation prescribed by Court Order 2002-01.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 13th day of March, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to Keith Werner, Pro-Se, P.O. Box 100, South Walpole, MA, 02071.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEITH WERNER** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-031T** |
| | : | |
| **ASHBEL T. WALL, Director** | : | |
| **Department of Corrections** | : | |

**MEMORANDUM IN SUPPORT OF RESPONDENT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Respondent in the above-captioned matter has moved for leave to exceed the page limit for attachments prescribed by Court Order 2002-01. In support of this motion, Respondent avers that Rule 5(d) of the *Rules Governing Section 2254 Cases in the United States District Courts* requires that the Respondent file with the District Court the relevant state briefs, which in this case are quite lengthy. Moreover, Respondent avers, there is other material (including a state pleading of Petitioner's and a very small number of unreported decisions) which would be helpful to the Court in consideration of the instant matter.

Wherefore, Respondent respectfully asks leave to exceed the page limitation prescribed by Court Order 2002-01.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that on the 13th day of March, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to Keith Werner, Pro-Se, P.O. Box 100, South Walpole, MA, 02071.