UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
Petitioner

v. CA 06-31 T

ASHBELL T. WALL,
Respondent

PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO THE STATE OF RHODE ISLAND'S MOTION TO DISMISS

Petitioner, Keith A. Werner, respectfully requests that this Honorable Court grant him an extension of time, thirty (30) days, to file his opposition to the" State of Rhode Island's Motion to Dismiss" Plaintiff's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. 2254

In support the Petitioner says that:

1. On March 17, 2006, he received from

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
4/4/06

1. (cont'd) the State of Rhode Island its Motion to Dismiss, Memorandum of law in Support and a Document Appendix containing approximately 440 pages. One hundred and twenty (120) are case citations the State relies on in support of its Motion to Dismiss. A cursory review of these case citation reveals many are from foreign district courts, and circuit courts other than the First Circuit Court of Appeals

2. Mr. Werner needs time to review, analyze and shepardize these cases in order to present an opposition that is cogent, accurate and relevant.

3. Mr. Werner is incarcerated in a maximum security prison in Massachusetts. Mr. Werner has extremely limited access to the law library. Each week he "may" be able to get to the law library if he is one of four, out of 45 prisoners in the cellblock, chosen to go to the library. Mr. Werner has no access to LEXISNEXIS or other computerized methods of legal research.

4. Mr. Werner take numerous medications, several are psychotropic which, on certain days impair his ability to read and write, _inter alia_.

WHEREFORE, in view of the totality of the circumstances, including the lack of any prejudice to the State, this Honorable Court should grant Mr. Werner an extension of thirty (30) days, past the ten (10) day deadline for filing oppositions and objections

Dated: 3/18/06

Respectfully submitted,
Keith A. Werner Pro se

Certification

I hereby certify that I will mail a copy of the instant Motion to the Respondent's attorney, Aaron L. Weisman on March 23, 2006, the next date available for photocopies to be made.

Keith A. Werner