Keith A. Werner
Box 100
S. Walpole, MA 02071

April 20, 2006

U.S. District Court
Clerk
Federal Courthouse
Providence, R.I. 02903

Re: Werner v. Wall
C.A. 06-31-T

Dear Clerk,

I respectfully request an extension of time to file my Opposition to the State's Motion to Dismiss; I need until May 1, 2006. The reasons I need an extension of time is because I was in the prison infirmary and bed-ridden for 10-days and the prison library has been closed for renovations.

I have completed the draft copy of my Opposition and all I need to do is rewrite and edit it.

I would greatly appreciate a brief extension of time.

Thank you.

Respectfully,
Keith A. Werner

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 2 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER,
Petitioner

v. CA 06-31 T

ASHBELL T. WALL,
Respondent

PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO THE STATE OF RHODE ISLAND'S MOTION TO DISMISS

Petitioner, Keith A. Werner, respectfully requests that this Honorable Court grant him an extension of time, thirty (30) days, to file his opposition to the" State of Rhode Island's Motion to Dismiss" Plaintiff's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. 2254

In support the Petitioner says that:
1. On March 17, 2006, he received from

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
4/4/06