APR

Keith A. Werner
Box 100
S. Walpole, MA 02071

April 20, 2006

U.S. District Court
Clerk
Federal Courthouse
Providence, R.I. 02903

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 5/3/06

Re: Werner v. Wall
C.A. 06-31-T

Dear Clerk,

I respectfully request an extension of time to file my Opposition to the State's Motion to Dismiss; I need until May 1, 2006. The reasons I need an extension of time is because I was in the prison infirmary and bed-ridden for 10-days and the prison library has been closed for renovations.

5/4/06: GRANTED. PETITIONER'S OPPOSITION IS DUE BY 5/10/06. FINAL EXTENSION.
USMJ