# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 4, 2004

Mr. Keith Werner
P.O. Box 100
S. Walpole, MA 02071

Re: Keith A. Werner
v. Rhode Island
Application No. 04A380

Dear Mr. Werner:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Souter, who on November 4, 2004 extended the time to and including February 7, 2005.

This letter has been sent to those designated on the attached notification list.

Sincerely,

William K. Suter, Clerk

by

Ann McCamey
Case Analyst

A