Client

STATE OF RHODE ISLAND

SUPREME COURT
No. 96-570-C.A.

STATE OF RHODE ISLAND

VS.

KEITH A. WERNER

ADDENDUM TO APPELLANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR REARGUMENT

Appellant, Keith A. Werner, has appended hereto two documents marked for identification purposes Exhibit A and Exhibit B.

Inadvertently, Mr. Werner forgot to attach the exhibits, aforesaid, to his Memorandum of Law in Support of Motion for Reargument in the



C

# Certificate of Service

I hereby certify that I caused a true copy of the instant Addendum and Exibits A and B to be delivered to the Office of Attorney General, Lauren Zurier, 150 South Main street, Providence R.I. 02903, via first class mail, postage prepaid, on the 31st day of August, 2004.

Keith A. Werner

C

Paula,

Enclosed find Appendices N through N(3)

(Part 1 of 4]

I just received an envelope I mailed to you; it was rejected by the Post office. Thus, I must send you piecemeal Appendices

[redacted]

C EXHIBIT C

The Commonwealth of Massachusetts
Executive Office of Public Safety
Department of Correction
M.C.I. Cedar Junction at Walpole
P.O. Box 100
South Walpole, Massachusetts 02071
Tel: (508) 660-8000 Fax: (508) 660-8009
www.mass.gov/doc

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James Bender
*Acting Deputy Commissioner*

David Nolan
*Superintendent*

April 20, 2004

Keith Werner, W-82688
Ten Block
MCI-Cedar Junction at Walpole

Dear Mr. Werner:

I am in receipt of your March 11, 2004 correspondence regarding your legal mail while you were housed on the Health Services Unit Ward.

I concur with Deputy Luongo's directive that you not be allowed to bring legal material from your assigned housing unit to the Health Services Ward. While you are housed in the HSU, your legal and personal mail can be delivered to you, but once it is returned to your assigned housing unit, you are not allowed to bring it back to the HSU Ward when you are re-admitted.

Legal calls are not permitted while you are housed in the Health Services Unit.

Sincerely,

David Nolan
Superintendent

EXHIBIT C

DN/gm

c. John A. Luongo, Jr., Deputy Superintendent
Inmate's File
File (04-1771)