8/10/06: DENIED IN VIEW OF THIS COURT'S RECOMMENDATION THAT THIS PETITION BE DISMISSED, AND JUDGE LISI'S DENIAL OF THIS IDENTICAL MOTION ON MARCH 13, 2006 IN C.A. No. 05-517ML.

USMJ

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
FEB 22 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

v. No's 05-517-ML-LDA
06-031-T-LDA

GEORGE VOSE

MOTION TO AMEND DOCKET ENTRY SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; AND MOTION FOR ONE JUDGE TO HEAR EACH OF MR. WERNER'S HABEAS CORPUS PETITIONS

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 6/9/06

Petitioner, Keith A. Werner, respectfully requests that this Honorable Court to order the Clerk to amend the docket entry sheets in the matters of:

1. State v. Werner, 615 A2d 1107 (R.I 2003)
2. State v. Werner, 865 A2d 1049 (R.I. 2005)
3. State v. Werner, 851 A2d 1093 (R.I. 2004)
4. State v. Werner, 830 A2d 1107 (R.I. 2003)

(Hereinafter denominated Werner 1, 2, 3, 4, respectively.)