UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

KEITH A. WERNER

       v.                     CA No. 06-31-T

ASHBEL T. WALL

## ORDER GRANTING MOTION TO DISMISS

     The State of Rhode Island's motion to dismiss the Petition for Writ of Habeas Corpus filed by the petitioner (Document No. 8) is hereby GRANTED and the Petition is hereby denied and dismissed with prejudice.

By Order

/s/ *signature*
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: August 31, 2006